MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, a Hawaii corporation, regarding Motor Vessel X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | Civil No.: CV04-00730 BMK<br><br>**IN ADMIRALTY**<br><br>PETITIONER X-TREME PARASAIL, INC.'S RESPONSES TO CLAIMANTS HEALY BARTLETT AND STEVE JAQUES' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES; EXHIBITS "A" AND "B" |

**PETITIONER X-TREME PARASAIL, INC.'S RESPONSES TO CLAIMANTS HEALY BARTLETT AND STEVE JAQUES' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES**

EXHIBIT C

2. Vessel operation;

3. Chute inflation;

4. Passenger flight;

5. Passenger safety briefing;

6. Accident response; and

7. Training required by the U.S.Coast Guard (i.e., fire drills, man over board drills, steering casualty, etc.)

INTERROGATORY NO. 8:

Please state in full detail all causes of the subject accident of which Petitioner is aware, and if failure of any gear or equipment was a cause, please state the manufacturer, distributor, and seller of the gear or equipment, and when Petitioner bought or otherwise acquired it.

RESPONSE TO INTERROGATORY NO. 8:

Petitioner objects to this interrogatory on the grounds that to the extent that it seeks information protected from disclosure by the attorney-client privilege and/or the work product doctrine, and it is compound, calls for speculation, is vague and ambiguous, overly burdensome, and oppressive.

_____
ROY Y. YEMPUKU
Attorney for Petitioner
X-TREME PARASAIL, INC

Without waiving any objection, Petitioner responds as follows:

The accident was caused by the parting of the tow line. The tow line parted under normal weather, normal operating conditions and within the safe operating parameters as determined by

the manufacturer. The line was manufactured by Samson Rope Technologies. The line was purchased separately from the vessel and installed as part of the original equipment on the new M/V X-Treme, which began operations in July of 2004.

INTERROGATORY NO. 9:

Please state everything Petitioner did in exercising "due and reasonable diligence in preparing the M/V X-Treme for commercial employment on August 19, 2004 and in ensuring that the M/V X-Treme was a seaworthy vessel," as described in paragraph 6 of Petitioner's Complaint, and state the full names, addresses, phone numbers and email addresses of all persons having personal knowledge of what Petitioner did in these regards.

RESPONSE TO INTERROGATORY NO. 9:

Petitioner objects to this interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege and/or the work product doctrine, and on the grounds that it is compound, calls for speculation, is vague and ambiguous, overly burdensome, and oppressive, argumentative and that Paragraph 6 of Petitioner's Complaint speaks for itself.

_____
ROY Y. YEMPUKU
Attorney for Petitioner
X-TREME PARASAIL, INC

Without waiving any objection, Petitioner includes, without limitation, the following facts in response to this Interrogatory:

1. The M/V X-Treme and all of its machinery, gear and equipment, including the tow line were new, less than 60 days old;

2. The M/V X-Treme was specifically designed to be used for parasail operations;

9

OMB Control No. 1625-0001

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-2692 (Rev. 06-04) | REPORT OF MARINE ACCIDENT, INJURY OR DEATH | RCS No. G-MOA MISLE NOTIFICATION NUMBER |
|---|---|---|

## SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility | 2. Official No. | 3. Nationality | 4. Call Sign | 5. USCG Certificate of Inspection issued at: |
|---|---|---|---|---|
| X-TREME | 1153017 | U.S.A. | WDB8525 | |

| 6. Type (Towing, Freight, Fish, Drill, etc.) | 7. Length | 8. Gross Tons | 9. Year Built | 10. Propulsion (Steam, diesel, gas, turbine...) |
|---|---|---|---|---|
| Coastwise | 31' | 13 GRT | 2004 | Diesel |

| 11. Hull Material (Steel, Wood...) | 12. Draft (Ft - in.) FWD / AFT | 13. If Vessel Classed, By Whom: (ABS, LLOYDS, DNV, BV, etc.) | 14. Date (of occurrence) | 15. TIME (Local) |
|---|---|---|---|---|
| FRP (fiberglass) | 12" / 18" | N/A | 8/19/04 | 17/1730 |

| 16. Location (See Instruction No. 10A) | 17. Estimated Loss of Damage TO: |
|---|---|
| Mamala Bay | VESSEL N/A  CARGO N/A  OTHER N/A |

| 18. Name, Address & Telephone No. of Operating Co. |
|---|
| X-Treme Parasail, Inc.  P.O. Box 8492  Honolulu, Hawaii 96830-0492 |

| 19. Name of Master or Person in Charge | USCG License | 20. Name of Pilot | USCG License | State License |
|---|---|---|---|---|
| James Regelbrugge, Jr. | ☒ YES ☐ NO | N/A | ☐ YES ☐ NO | ☐ YES ☐ NO |

| 19a. Street Address (City, State, Zip Code) | 19b. Telephone Number | 20a. Street Address | 20b. Telephone Number |
|---|---|---|---|
| 1201 Wilder Ave., #2304 | 223-3361 | N/A | N/A |

### 21. Casualty Elements (Check as many as needed and explain in Block 44.)

NO. OF PERSONS ON BOARD: 12 Pax
☐ DEATH - HOW MANY?
☐ MISSING - HOW MANY?
☒ INJURED - HOW MANY? 1
☐ HAZARDOUS MATERIAL RELEASED OR INVOLVED (Identify Substance and amount in Block 44.)
☐ OIL SPILL - ESTIMATE AMOUNT:
☐ CARGO CONTAINER LOST/DAMAGED
☐ COLLISION (Identify other vessel or object in Block 44.)
☐ GROUNDING      ☐ WAKE DAMAGE

☐ FLOODING; SWAMPING WITHOUT SINKING
☐ CAPSIZING (with or without sinking)
☐ FOUNDERING OR SINKING
☐ HEAVY WEATHER DAMAGE
☐ FIRE
☐ EXPLOSION
☐ COMMERCIAL DIVING CASUALTY
☐ ICE DAMAGE
☐ DAMAGE TO AIDS TO NAVIGATION
☐ STEERING FAILURE
☒ MACHINERY OR EQUIPMENT FAILURE
☐ ELECTRICAL FAILURE
☐ STRUCTURAL FAILURE

☐ FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ LIFESAVING EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ BLOW OUT (Petroleum exporation/production)
☐ ALCOHOL INVOLVEMENT (Describe in Block 44.)
☐ DRUG INVOLVEMENT (Describe in Block 44.)
☐ OTHER (Specify)

### 22. Conditions

| A. Sea or River Conditions (wave height, river stage, etc.) | B. WEATHER | C. TIME | D. VISIBILITY | E. DISTANCE (miles of visibility) | horizon |
|---|---|---|---|---|---|
| | ☒ CLEAR | ☒ DAYLIGHT | ☒ GOOD | F. AIR TEMPERATURE (F) | 84 |
| | ☐ RAIN | ☐ TWILIGHT | ☐ FAIR | G. WIND SPEED & DIRECTION | 0 - 12 East |
| | ☐ SNOW | ☐ NIGHT | ☐ POOR | H. CURRENT SPEED & DIRECTION | East |
| | ☐ FOG | | | | |
| | ☐ OTHER (Specify) | | | | |

### 23. Navigation Information
☐ MOORED, DOCKED OR FIXED
☐ ANCHORED   ☒ UNDERWAY OR DRIFTING

SPEED AND COURSE: ___

| 24. Last Port Where Bound | Kewalo Basin | 24a. Time and Date of Departure: 1630  8/19/04 |
|---|---|---|

### 25. FOR TOWING ONLY

| 25a. NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b. TOTAL H.P. OF TOWING UNITS | 25c. MAXIMUM SIZE OF TOW WITH TOW- BOAT(S) Length / Width | 25d. (Describe in Block 44.) |
|---|---|---|---|---|---|---|
| | | | | | | ☐ PUSHING AHEAD  ☐ TOWING ASTERN  ☐ TOWING ALONGSIDE  ☐ MORE THAN ONE TOW-BOAT ON TOW |

## SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross Tons | 26e. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|
| | | | | | |

| 26f. Year Built | 26g. ☐ SINGLE SKIN  ☐ DOUBLE | 26h. Draft FWD / AFT | 26i. Operating Company |
|---|---|---|---|
| | | | |

| 26j. Damage Amount | 26k. Describe Damage to Barge |
|---|---|
| BARGE  CARGO  OTHER | |

PREVIOUS EDITION IS OBSOLETE

85

PAGE 2 OF CG-2692 (REV. 06-04)

## SECTION III. PERSONNEL ACCIDENT INFORMATION

| 27. Person Involved | 27a. Name (Last, First, Middle Name) | 27c. Status |
|---|---|---|
| ☒ MALE or ☐ FEMALE | Jacques, Steven | ☐ Crew |
| ☐ DEAD  ☒ INJURED | 27b. Address (City, State, Zip Code) | ☒ Passenger |
| ☐ MISSING | 1744 N.350 West, North Ogden, Utah, 84414 | ☐ Other |

| 28. Birth Date | 29. Telephone No. | 30. Job Position | 31. (Check here if off duty) |
|---|---|---|---|
| Unknown | Unknown | Unknown | ☐ |

32. Employer - (if different from Block 18., fill in Name, Address, Telephone No.)
Unknown

| 33. Person's Time | YEAR(S) | MONTH(S) | 34. Industry of Employer (Towing, Fishing, Shipping, Crew Supply, Drilling, etc.) |
|---|---|---|---|
| A. IN THIS INDUSTRY - | N/A | | N/A |
| B. WITH THIS COMPANY - | N/A | | 35. Was the Injured Person Incapacitated 72 Hours or More? |
| C. IN PRESENT JOB OR POSITION - | N/A | | Yes |
| D. ON PRESENT VESSEL/FACILITY - | N/A | | 36. Date of Death |
| E. HOURS ON DUTY WHEN ACCIDENT OCCURRED - | N/A | | N/A |

37. Activity of Person at Time of Accident
Parasailing

38. Specific Location of Accident on Vessel/Facility
N/A

| 39. Type of Accident (Fall, Caught between, etc.) | 40. Resulting Injury (Cut, Bruise, Fracture, Burn, etc.) |
|---|---|
| Parasailing | Exact etiology unknown |
| 41. Part of Body Injured | 42. Equipment Involved in Accident |
| Head | |

43. Specific Object, Part of the Equipment in block 42., or Substance (Chemical, Solvent, etc.) that directly produced the injury.

## SECTION IV. DESCRIPTION OF CASUALTY

44. Describe how accident occured, damage, information on alcohol/drug involvement and recommendations for corrective safety measures. (See instructions and attach additional sheets if necessary).

On August 19, 2004, the M/V X-TREME, O.N. 1153017, was conducting routine parasail operations in Mamala Bay, approximately ½ mile south of the sea buoy for the Kewalo Basin channel. James M. Regelbrugge, Jr. was operating the Vessel and Jason Bernt was the deck hand. Between 1700-1730, two passengers, Ms. Healy Bartlett and Mr. Steve Jacques, were parasailing when the tow line parted. The chute remained fully inflated and the passengers were retrieved by Messrs. Regelbrugge and Bernt after they landed in the ocean. The crew tended to Ms. Bartlett and Mr. Jacques, rendering first aid until the Vessel returned to Kewalo Basin and they were released to the custody of emergency personnel.

Drugs/alcohol did not cause/contribute to the tow line parting. At all times before and after the line parted all equipment and machinery on the Vessel, including the chute and harness, was in good order, condition and functioned properly.

45. Witness (Name, Address, Telephone No.)
James Regelbrugge, Jr., 1201 Wilder Ave., #2304, Hon., Hi. 96822

46. Witness (Name, Address, Telephone No.)
Jason Bernt,

## SECTION V. PERSON MAKING THIS REPORT

| 47. Name (PRINT) (Last, First, Middle) | 47b. Address (City, State, Zip Code) | 47c. Title |
|---|---|---|
| Ho, Bryan Y.Y. | Suite 1614, Davies Pacific Center | Attorney In Fact |
| 47a. Signature | 841 Bishop Street, Hon. Hi. 96813 | 47d. Telephone No. 541-9799 |
| | | 47e. Date 8/25/04 |

FOR COAST GUARD USE ONLY    REPORTING OFFICE:

MISLE Incident Investigation Activity Data Entry:    MISLE Incident Investigation Activity Number (if applicable)

☐ NONE  ☐ PRELIMINARY  ☐ DATA COLLECTION   ☐ INFORMAL   ☐ FORMAL

| Serious Marine Incident ☐ Yes ☐ No | INVESTIGATOR (Name) | DATE | APPROVED BY (Name) | DATE |
|---|---|---|---|---|
| Major Marine Casualty ☐ Yes ☐ No | | | | |

86

STATE OF HAWAII
DEPARTMENT OF LAND AND NATURAL RESOURCES
DIVISION OF BOATING & OCEAN RECREATION
333 Queen St., Rm. 300
Honolulu, Hawaii 96813

LNR 3-027 (5/99)

## BOATING ACCIDENT REPORT

REPORT NUMBER (for official use only): _____

The operator/owner of a vessel used for recreational purposes is required to file, within forty-eight hours, any accident resulting in the loss of life or disappearance from a vessel; an injury which requires medical treatment beyond first aid; or property damage in excess of $200 or complete loss of the vessel. All other accidents are required to be reported within seven days of the accident. This form is provided to assist the operator/owner in filing the required written report. PLEASE COMPLETE BOTH SIDES OF THE FORM.

Accident Date: August 19, 2004
Waterway: Mamala Bay
Nearest Town: Honolulu
County: Honolulu

Number Towed: 0
Number Injured: 1
Number of Vessels in Accident: 1
Number of People on Board: 12 PAX, 2 Crew
Time: ___ a.m.  ___ p.m.

Disappearance [ ]
Alcohol involved [ ]
Rented Vessel [ ]
Damages > than $200? [ ]
Injury or First Aid [x]

**WEATHER:**
[x] Clear
[ ] Cloudy
[ ] Rain
[ ] Hazy
[ ] Foggy

**VISIBILITY:**
[x] Good
[ ] Fair
[ ] Poor

**WIND:** 1700-1730
[ ] None
[x] Light 0-6 mph
[ ] Moderate 7-14 mph
[ ] Strong 15-25 mph

**WATER CONDITIONS:**
[ ] Calm: waves < 6"
[x] Choppy: waves 6"-2'
[ ] Rough: waves 2'-6'
[ ] Very rough: waves >6'

Water Temp: ___
Air Temp: 84
[ ] Strong Current

**TYPE OF ACCIDENT:** (a maximum of 3 choices)
[ ] Capsizing
[ ] Collision w/Fixed Object
[ ] Collision w/Floating Object
[ ] Collision w/Vessel
[ ] Fall in Boat
[ ] Grounding
[ ] Falls Overboard
[ ] Fire/Explosion (Fuel)
[ ] Fire/Explosion (Other)
[ ] Floding/Swamping
[ ] Skier Mishap
[ ] Sinking
[ ] Starting Engine
[ ] Struck by Boat
[ ] Struck by Motor/Prop
[ ] Struck by Submerged Object
[x] Other: Parasailing

**CAUSE OF ACCIDENT:** (a maximum of 3 choices)
[ ] Alcohol Use
[ ] Excessive Speed
[ ] Improper Anchoring
[ ] Operator Inattention
[ ] Restricted Vision
[ ] Starting in Gear
[ ] Congested Waters
[ ] Failure to Vent
[ ] Improper Loading
[ ] Operator Inexperience
[ ] Rules of Road Infraction
[ ] Weather
[ ] Careless/Reckless Operation
[ ] Hazardous Waters
[ ] Lack of or Improper Boat Lights
[ ] Overloading
[ ] Sharp Turn
[ ] No Proper Lookout
[ ] Drug Use
[ ] Hull Failure
[ ] Machinery Failure
[ ] Passenger Skier Behavior
[ ] Standing/Sitting on Gunwale
[ ] Other (describe):
[x] Equipment Failure
[ ] Ignition of Fuel/Vapor

**MACHINERY FAILURE:**
[ ] Electrical  [ ] Engine  [ ] Fuel System  [ ] Shift  [ ] Steering  [ ] Throttle  [ ] Ventilation

**EQUIPMENT FAILURE:**
[ ] Auxiliary
[ ] Sail Demasting
[ ] Communication
[ ] Seat Broke Loose
[ ] Fire Extinguisher not serviceable
[ ] Sound Producing Equipment
[ ] Visual Distress Signal

**ACCIDENT DESCRIPTION:** (attach additional sheets if necessary)

Between 1700-1730 hours, August 19, 2004, the tow line attached the parasail parted. Both passengers being flown bumped their forehead. One passenger was hospitalized for observation for four days and released.

**NON-VESSEL PROPERTY DAMAGE:**
Est. Amount: $ N/A
Description of Property:

Property Owner Name ___
Address ___ Date of Birth: ___
City: ___ Zip: ___
Tele: (H) ___ (W) ___

**OPERATOR** (If different than owner):
Operator Status: [x] Alive [ ] Deceased [x] M [ ] F
Name: James M. Regelbrugge, Jr.
Address: 1201 Wilder Ave. #2304   Date of Birth: 6/19/67
City: Honolulu   Zip: 96822
Tele: (H) 223-3361   (W) ___

**OPERATOR EDUCATION:**
[ ] None
[ ] Informal
[ ] State Course
[ ] USCG Auxiliary
[ ] American Red Cross
[ ] US Power Squadron

**OPERATOR EXPERIENCE:**
[ ] Under 10 hours
[ ] 10-100 hours
[x] Over 100 hours
Operated While Intoxicated Arrest: [ ] Y [ ] N
# of Other Boating Citations: ___

**VESSEL INFORMATION:**
Model: ___   Boat Name: X-TREME   Registration Number: 1153017
Hull I.D. Number: CNXO0024C4   Boat Length: 31'   Year Built: 2004   Fuel: [ ] Gas [x] Diesel
Number of Engines: 1   Horse Power: 420   Documented Number: 1153017

**OWNER:** (if different from operator)
Name: X-Treme Parasail, Inc.
Address: P.O. Box 8492
City: Honolulu   Zip: 96839-0492   Tele: (H) ___ (W) 737-3599
Date of birth: ___

**BOAT TYPE:**
[x] Open Motorboat
[ ] Auxiliary Sail
[ ] Rowboat
[ ] Thrill Craft
[ ] Houseboat
[ ] Cabin Motorboat
[ ] Sail (only)
[ ] Canoe/Kayak
[ ] Pontoon
[ ] Other

**HULL MATERIAL:**
[ ] Wood
[ ] Aluminum
[ ] Rigid Hull Inflatable
[ ] Rubber/Vinyl/Canvas
[ ] Steel
[x] Fiberglass
[ ] Other

**PROPULSION:**
[x] Propeller
[ ] Water Jet
[ ] Air Thrust
[ ] Manual
[ ] Sail

**ENGINES:**
[ ] Outboard
[x] Inboard
[ ] Inboard/Stern Drive

87

PFD's:
On Board: [ ] Y [ ] N
Were PFD's Used: [ ] Y [ ] N

FIRE EXTINGUISHER
Type(s): _____
On Board [ ] Y [ ] N
Were They Used: [ ] Y [ ] N

OPERATION AT TIME OF ACCIDENT (a maximum of 3 choices):
[ ] Changing Speed    [ ] Changing Direction    [ ] Cruising    [ ] Drifting    [ ] Towing Another Boat    [ ] Being Towed
[ ] Rowing/Paddling   [ ] Sailing               [ ] Launching  [ ] Docking/Undocking                        [ ] At Anchor
[ ] Tied to Dock/Mooring  [ ] Other (describe): Operating parasail vessel with 2 Pax in chute

SPEED:    [ ] Not moving    [ ] Under 10mph    [x] 10-20mph    [ ] 21-40mph

VESSEL DAMAGE (estimate): $ N/A

ACTIVITY AT TIME (a maximum of 3 choices):    [ ] Commercial Fishing    [ ] Diving/Swimming    [ ] Fishing    [ ] Fueling
[ ] Racing    [ ] Repairs    [ ] Skiing/Tubing    [ ] Starting Engine    [ ] Tournament

INJURY #1 (if more than 2 injuries, attach additional sheets)
Name: Steve Jacques        Tele: _____
Address: 1744 N. 350 West
City: North Ogden  Zip: 84414  Date of Birth: _____

INJURY CAUSED BY:
[ ] Impact w/Boat
[ ] Impact w/Water
[x] Impact w/Fixed Object
[ ] Struck by Boat
[ ] Propeller Injury

[ ] Treatment More than First Aid
[x] Admitted to Hospital
PFD worn? [ ] Y [ ] N

PRIMARY INJURY AND/OR SECONDARY INJURY (mark primary as number 1 and secondary as number 2):
[ ] Amputation    [ ] Back Injury    [ ] Broken Bone(s)    [ ] Burns              [ ] Contusion
[ ] Dislocation   [x] Head Injury    [ ] Hypothermia       [ ] Internal Injuries  [ ] Laceration
[ ] Neck Injury   [ ] Shock          [ ] Sprain/Strain     [ ] Spinal Injury      [ ] Teeth

INJURY #2
Name: _____    Tele: _____
Address: _____
City: _____  Zip: _____  Date of Birth: _____

INJURY CAUSED BY:
[ ] Impact w/Boat
[ ] Impact w/Water
[ ] Impact w/Fixed Object
[ ] Struck by Boat
[ ] Propeller Injury

[ ] Treatment More than First Aid
[ ] Admitted to Hospital
PFD worn? [ ] Y [ ] N

PRIMARY INJURY AND/OR SECONDARY INJURY (mark primary as number 1 and secondary as number 2):
[ ] Amputation    [ ] Back Injury    [ ] Broken Bone(s)    [ ] Burns              [ ] Contusion
[ ] Dislocation   [ ] Head Injury    [ ] Hypothermia       [ ] Internal Injuries  [ ] Laceration
[ ] Neck Injury   [ ] Shock          [ ] Sprain/Strain     [ ] Spinal Injury      [ ] Teeth

FATALITY #1 (if more than 2 fatalities, attach additional sheets):
Name: _____
Address: _____
City: _____  Zip: _____  Date of Birth: _____

VICTIM WAS:
[ ] Operator
[ ] Passenger
[ ] Swimmer
[ ] Waterskier

DEATH CAUSED BY:
[ ] Drowning
[ ] Hypothermia
[ ] Trauma
[ ] Propeller Injury
[ ] Other (describe): _____

FATALITY #1 ACTIVITY:
[ ] Fishing    [ ] Swimming    [ ] Waterskiing    [ ] Skin Diving    [ ] Other
PFD Worn: [ ] Y [ ] N    Type of PFD worn: I  II  III  IV  V
Victim Disappeared [ ] Y [ ] N    Ability to Swim: [ ] Y [ ] N

FATALITY #2:
Name: _____
Address: _____
City: _____  Zip: _____  Date of Birth: _____

VICTIM WAS:
[ ] Operator
[ ] Passenger
[ ] Swimmer
[ ] Waterskier

DEATH CAUSED BY:
[ ] Drowning
[ ] Hypothermia
[ ] Trauma
[ ] Propeller Injury
[ ] Other (describe): _____

FATALITY #2 ACTIVITY:
[ ] Fishing    [ ] Swimming    [ ] Waterskiing    [ ] Skin Diving    [ ] Other
PFD Worn: [ ] Y [ ] N    Type of PFD worn: I  II  III  IV  V
Victim Disappeared [ ] Y [ ] N    Ability to Swim: [ ] Y [ ] N

WITNESSES (Please provide names, addresses and phone numbers of witnesses, if any):
_____

PERSON COMPLETING REPORT
Signature: /s/ Bryan Y. Ho
Address: 841 Bishop St. #1614
         Honolulu, Hi. 96813
Printed Name: Bryan Y.Y. Ho
Date Submitted: August 25, 2004
Ph. _____
Ph. _____
H. Ph 864-4071
B. Ph 541-9799

FOR OFFICIAL USE ONLY:
Reviewed By:
Date Received:

88

end of Exhibit "B"