Excerpts from the Deposition
of Gregory Longnecker,
in his personal capacity, to be submitted
as soon as transcript is available.

EXHIBIT "D"