IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | ) CIVIL NO. CV04-00730 BMK<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served by the means indicated below, to the following:

M. W. MONROE & ASSOCIATES, P.C.          [via U. S. Mail]
DANIEL F. BERBERICH, ESQ.
5933 W. Century Boulevard
Royal Airport Plaza, Suite 800
Los Angeles, California 90045

LAW OFFICES OF ROY Y. YEMPUKU, ALC     [via Hand-delivery]
ROY Y. YEMPUKU, ESQ.
The Pacific Guardian Center
Suite 2930, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Petitioner
X-TREME PARASAIL, INC.

DATED: Honolulu, Hawaii, December 20, 2005.

                                      PATRICK F. McTERNAN
                                      HOWARD G. McPHERSON
                                      Attorney for Claimants
                                      HEALY BARTLETT and
                                      STEVE JAQUES

DATED: Honolulu, Hawaii, December 20, 2005.

                         PATRICK F. McTERNAN
                         HOWARD G. McPHERSON
                         Attorneys for Claimants
                         HEALY BARTLETT and
                         STEVE JAQUES