**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON      5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1433
Facsimile:   (808) 536-2073
E-mail:     cfskf@croninfried.com

CHASE KIMBALL
LAW OFFICES OF RANDAL L. MEEK, P.C.
935 East 7220 South, D-100
Midvale, Utah  84047
Telephone:  (800) 640-6110
Facsimile:  (801) 566-8244
E-mail:    ck@rlmlaw.com

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 1 2005

at 10 o'clock and 55 min a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | CIVIL NO. CV04-00730 BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br>[Re: THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION – JAMES M. REGELBRUGGE, JR.]<br><br>Trial Date: April 4, 2006<br>Trial Judge: Hon. Barry M. Kurren |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the *THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION* was duly served by means of U. S. Mail, first class postage prepaid, to the following persons:

M. W. MONROE & ASSOCIATES, P.C.
MATTHEW W. MONROE, ESQ.
DANIEL F. BERBERICH, ESQ.
5933 W. Century Boulevard
Royal Airport Plaza, Suite 800
Los Angeles, California 90045


LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ.
The Pacific Guardian Center
Suite 2930, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Petitioner
X-TREME PARASAIL, INC.

DATED: Honolulu, Hawaii, December 20, 2005.

                PATRICK F. McTERNAN
                HOWARD G. McPHERSON
                Attorney for Claimants
                HEALY BARTLETT and
                STEVE JAQUES