**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON   5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

CHASE KIMBALL
LAW OFFICES OF RANDAL L. MEEK, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047
Telephone: (800) 640-6110
Facsimile: (801) 566-8244
E-mail: ck@rlmlaw.com

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 8 2005

at 3 o'clock and __ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | CIVIL NO. CV04-00730 BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE [RE: ORDER RESOLVING DISCOVERY DISPUTE ON EXPERT DISCLOSURES]<br><br>Trial Date: April 4, 2006<br>Trial Judge: Hon. Barry M. Kurren |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the *ORDER RESOLVING DISCOVERY DISPUTE ON EXPERT DISCLOSURES* was duly served by the means indicated below, to the following:

M. W. MONROE & ASSOCIATES, P.C.          [via U. S. Mail]
DANIEL F. BERBERICH, ESQ.
5933 W. Century Boulevard
Royal Airport Plaza, Suite 800
Los Angeles, California 90045

LAW OFFICES OF ROY Y. YEMPUKU, ALC    [via Hand-delivery]
ROY Y. YEMPUKU, ESQ.
The Pacific Guardian Center
Suite 2930, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Petitioner
X-TREME PARASAIL, INC.

DATED: Honolulu, Hawaii, December 28, 2005.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorney for Claimants
HEALY BARTLETT and
STEVE JAQUES