# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) <br><br> of ) <br><br> The Complaint of X-TREME PARASAIL, INC. a Hawaii corporation, regarding Motor Vessel X-TREME, Official Number 1153017 for exoneration from or limitation of liability, ) <br><br> Petitioner. ) <br><br> _____ ) | Civil No.: CV04-00730 BMK <br><br> **IN ADMIRALTY** <br><br> **CERTIFICATE OF SERVICE** <br><br> Description of document(s) being served: <br> PETITIONER X-TREME PARASAIL, INC.'S MEMORANDUM IN OPPOSITION TO CLAIMANTS STEVE JAQUES AND HEALY BARTLETT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF GREGORY LONGNECKER IN SUPPORT OF PETITIONER'S OPPOSITION TO CLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above described document was served on the following person(s) by:

[ ] Facsimile at _____ (see attached Facsimile Transmission Report)

[ ] Hand

[X] Mail, Postage Prepaid, at the following address(es) on 1/3/06:

TO: HOWARD G. McPHERSON, Esq.
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

TO: Neil R. Sarin, Esq.
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Attorneys for CLAIMANTS
HEALY BARTLETT and STEVE JACQUES

DATED: Honolulu, Hawaii January 3, 2006.

ROY Y. YEMPUKU, ESQ.
MATTHEW W. MONROE, ESQ.
DANIEL F. BERBERICH, ESQ.

Attorneys for Petitioner
X-TREME PARASAIL, INC.

2