# ORIGINAL

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB#147812
DANIEL F. BERBERICH, CSB #215946
5933 W. Century Boulevard
Royal Airport Plaza Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 3 o'clock and 20 min. P.m.
SUE BEITIA, CLERK

LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ., #1228
The Pacific Guardian Center
Suite 2930, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of PETITIONER X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | ) CIVIL NO. 04-00730 HG/BMK<br>) **IN ADMIRALTY**<br>)<br>) **CERTIFICATE OF SERVICE**<br>) Description of document(s) being served:<br>) PETITIONER X-TREME PARASAIL,<br>) INC.'S PRIVILEGE LOG RE:<br>) CLAIMANTS HEALY BARTLETT<br>) AND STEVE JAQUES' SECOND<br>) REQUEST FOR PRODUCTION OF<br>) DOCUMENTS SERVED OCTOBER<br>) 27, 2005; CERTIFICATE OF<br>) SERVICE<br>)<br>) Trial Date: April 4, 2006 |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above described document was served on the following person(s) by:

[ ] Facsimile at _____ (see attached Facsimile Transmission Report)

[ ] Hand

[X] Mail, Postage Prepaid, at the following address(es) on **12/22/05**:

TO: HOWARD G. McPHERSON, Esq.
CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

[X] Mail, Postage Prepaid, at the following address(es) on **12/23/05**:

TO: Neil R. Sarin, Esq.
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Attorneys for CLAIMANTS
HEALY BARTLETT and STEVE JACQUES

DATED: Honolulu, Hawaii ___1/9___, 2006.

_____
ROY Y. YEMPUKU, ESQ.
MATTHEW W. MONROE, ESQ.
DANIEL F. BERBERICH, ESQ.
Attorneys for Petitioner
X-TREME PARASAIL, INC.