ORIGINAL

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, ESQ., HIB # 1228
2920 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In the Matter | Civil No.: CV 04-00770 (HG) (BMK)  [04-730 BMK] |
|---|---|
| of | **IN ADMIRALTY** |
| The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability, | CERTIFICATE OF SERVICE  [Re: PETITIONER X-TREME PARASAIL, INC.'s SECOND SET OF INTERROGATORIES TO STEVE JAQUES |
| Petitioner. | |

SCANNED

12

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Petitioner X-treme Parasail, Inc.'s Second set of Interrogatories to Steve Jaques** were duly served upon the following counsel by way of [ ] facsimile; or [ ] hand delivery; or by [X] depositing in the U.S. Mail, postage prepaid, addressed as follows on ___12/30___, 2005:

Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

DATED: Los Angeles, California   12/30/05

_____
MATTHEW W. MONROE
DANIEL F. BERBERICH
ROY Y. YEMPUKU

Attorneys for Petitioner
X-TREME PARASAIL, INC.

13