ORIGINAL

MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, ESQ., HIB # 1228
2920 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CV 04-730 BMK

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | Civil No.: CV04-00770 (HG) (BMK)<br><br>**IN ADMIRALTY**<br><br>CERTIFICATE OF SERVICE<br><br>[Re: PETITIONER X-TREME PARASAIL, INC.'s SECOND SET OF INTERROGATORIES TO HEALY BARTLETT |



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Petitioner X-treme Parasail, Inc.'s Second set of Interrogatories to Healy Bartlett** were duly served upon the following counsel by way of [ ] facsimile; or [ ] hand delivery; or by [X] depositing in the U.S. Mail, postage prepaid, addressed as follows on ___12/30___, 2005:

Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES


DATED: Los Angeles, California    12/30/05

_____
MATTHEW W. MONROE
DANIEL F. BERBERICH
ROY Y. YEMPUKU

Attorneys for Petitioner
X-TREME PARASAIL, INC.