MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone:  (310) 670-1381
Facsimile:  (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 524-0200
Facsimile:   (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | Civil No.: ~~CV04-00770 (HG) (BMK)~~<br><br>**IN ADMIRALTY**<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  NOTICE OF DEPOSITION OF CHARLES C. RICH, M.D.] |



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Notice of Deposition of Charles C. Rich, M.D.** were duly served upon the following counsel by way of [ ] facsimile; or    [ ] hand delivery; or by [✗] depositing in the U.S. Mail, postage prepaid, addressed as follows on _____12/29_____, 2005:


Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES


DATED: Los Angeles, California _____12/29/05_____


MATTHEW W. MONROE
DANIEL F. BERBERICH
ROY Y. YEMPUKU

Attorneys for Petitioner
X-TREME PARASAIL, INC.