MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In the Matter | Civil No.: CV04-00770 (HG) (BMK)  [CV 04-730 BMK] |
|---|---|
| of | **IN ADMIRALTY** |
| The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability, | CERTIFICATE OF SERVICE  [Re: NOTICE OF DEPOSITION OF NADIM AL-SADAT, M.D.] |
| Petitioner. | |



- 3 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Notice of Deposition of Nadim Al-Sadat, M.D.** were duly served upon the following counsel by way of [ ] facsimile; or  [ ] hand delivery; or by [X] depositing in the U.S. Mail, postage prepaid, addressed as follows on 12/29/05 , 2005:

Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

DATED: Los Angeles, California 12/29/05

MATTHEW W. MONROE
DANIEL F. BERBERICH
ROY Y. YEMPUKU

Attorneys for Petitioner
X-TREME PARASAIL, INC.