MONROE & ZINDER, P.C.
MATTHEW W. MONROE, CSB #147812
DANIEL F. BERBERICH, CSB #215946
5933 West Century Boulevard, Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU
ROY Y. YEMPUKU, HIB #1228
2930 Mauka Tower
The Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In the Matter | Civil No.: ~~CV04-00770 (HG)~~ (BMK) |
|---|---|
| of | **IN ADMIRALTY** |
| The Complaint of X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability, | CERTIFICATE OF SERVICE<br><br>[Re: PETITIONER X-TREME PARASAIL, INC.'s SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO HEALY BARTLETT; EXHIBIT "A"] |
| Petitioner. | |



- 9 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Petitioner X-treme Parasail, Inc.'s Second Request for Documents to Healy Bartlett** were duly served upon the following counsel by way of [ ] facsimile; or   [ ] hand delivery; or by [X] depositing in the U.S. Mail, postage prepaid, addressed as follows on ____12/30____, 2005:

Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

        DATED: Los Angeles, California   12/30/05

                                MATTHEW W. MONROE
                                DANIEL F. BERBERICH
                                ROY Y. YEMPUKU

                                Attorneys for Petitioner
                                X-TREME PARASAIL, INC.