MONROE & ZINDER, P.C.
MATTHEW W. MONROE, ESQ., CSB#147812
DANIEL F. BERBERICH, CSB #215946
5933 W. Century Boulevard
Royal Airport Plaza Suite 800
Los Angeles, California 90045
Telephone: (310) 670-1381
Facsimile: (310) 670-2148

LAW OFFICES OF ROY Y. YEMPUKU, ALC
ROY Y. YEMPUKU, ESQ., #1228
The Pacific Guardian Center
Suite 2930, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-0200
Facsimile: (808) 524-0209

Attorneys for Petitioner
X-TREME PARASAIL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter<br><br>of<br><br>The Complaint of PETITIONER X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability,<br><br>Petitioner. | ) CIVIL NO. 04-00730 HG/BMK<br>) **IN ADMIRALTY**<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) [Re: NOTICE OF DEPOSITION OF HEALY<br>) BARTLETT]<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and one true and correct copy of the **Notice of Deposition of Healy Bartlett** were duly served upon the following counsel by way of [X] facsimile; or [ ] hand delivery; or by [X] depositing in the U.S. Mail, postage prepaid, addressed as follows on ___1/30___, 2006:

Neil R. Sarin
The Law Offices of Randal L. Meek, P.C.
935 East 7220 South, D-100
Midvale, Utah 84047-1737

Howard G. McPherson
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Claimants
HEALY BARTLETT and STEVE JAQUES

DATED: Los Angeles, California ___1/30/06___

_____
MATTHEW W. MONROE
DANIEL F. BERBERICH
ROY Y. YEMPUKU

Attorneys for Petitioner
X-TREME PARASAIL, INC.