# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00730BMK |
| CASE NAME: | In the Matter of the Complaint of X-TREME PARASAIL, INC., a Hawaii Corporation, Regarding Motor Vessel, X-TREME, Official Number 1153017 for Exoneration From or Limitation of Liability |
| ATTYS FOR PLA: | Roy Yempuku |
| ATTYS FOR DEFT: | Howard G. McPherson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/8/2006 | TIME: | 1:35-1:38 |

COURT ACTION:  EP: Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated. Claimants Steve Jaques and Healy Bartlett's Motion to Establish Liability and Motion for Partial Summary Judgment set for 2/8/06 is withdrawn and terminated.

Magistrate Judge Leslie E. Kobayashi to recommend to Magistrate Judge Barry M. Kurren to enter Order for Dismissal with Prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager