IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| In the Matter | ) | CIVIL NO. 04-00730 BMK |
| | ) | IN ADMIRALTY |
| Of | ) | |
| | ) | |
| The Complaint of X-TREME | ) | |
| PARASAIL, INC., a Hawai`i | ) | |
| corporation, regarding Motor Vessel | ) | |
| X-TREME, Official Number | ) | |
| 1153017 for exoneration from or | ) | |
| limitation of liability, | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  February 14, 2006

In the Matter of The Complaint of X-Treme Parasail, Inc., etc.; Cv. No. 04-00730 BMK; Order Of Dismissal

2