AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

IN RE:

IN THE MATTER OF THE COMPLAINT OF X-TREME PARASAIL, INC., a Hawaii corporation, regarding Motor Vessel, X-TREME, Official Number 1153017 for exoneration from or limitation of liability

Petitioner(s),

JUDGMENT IN A CIVIL CASE

Case: CV 04-00730 BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 8, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, pursuant to the "Order for Dismissal", filed on February 15, 2006.

| March 8, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |