# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 8, 2006

TO ALL COUNSEL

    Re:    CV 04-00730 BMK
           IN THE MATTER OF THE COMPLAINT OF X-TREME PARASAIL,
           INC., a Hawaii corporation, regarding Motor Vessel X-TREME, Official
           Number 1153017 for exoneration from or limitation of liability

Dear Counsel,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 8, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: _(signature)_
Deputy Clerk

cc: all counsel